IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. **'08 - CV - 01732**
(To be supplied by the court)

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -1 2008

GREGORY C. LANGHAM
CLERK

_____ JOE NUNEZ _____, Applicant,

v.

FMCC WARDEN RON LEYBA, AND THE ATTORNEY GENERAL

FOR THE STATE OF COLORADO,
_____, Respondent(s).

---

## PRISONER'S MOTION AND AFFIDAVIT
## FOR LEAVE TO PROCEED PURSUANT TO 28 U.S.C. § 1915
## IN A HABEAS CORPUS ACTION

---

I request leave to commence this habeas corpus action without prepayment of fees or security therefor pursuant to 28 U.S.C. § 1915. In support of my request, I declare that:

1. I am unable to pay such fees or give security therefor.

2. I am entitled to redress.

3. I have __0.00__ in my prison account. (If the amount in your prison
   (amount)                account exceeds $50.00, you must pay the $5.00 filing
                           fee.)

(Rev. 4/15/02)

4. My other assets and their value are listed below: (attach an additional page if necessary)

(Assets may include income from employment, rent payments, interest or dividends, pensions, annuities, life insurance payments, Social Security, Veteran's Administration benefits, disability pensions, Worker's Compensation, unemployment benefits, gifts or inheritances, cash, funds in bank accounts, real estate, stocks, bonds, notes, automobiles or other valuable property (excluding ordinary household furnishings and clothing), or any other source of income.)

PETITIONER LACKS ANY FINANTIAL MEANS TO PAY THE FEES AND COSTS OF THIS ACTION, EXCEPT MONIES IN HIS PRISON ACCOUNT ATTACHED HEREIN

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that the information in this motion and affidavit is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on 7-28-08
(Date)

_____
(Prisoner's Original Signature)

## Required Certification

You must attach to this motion and affidavit a certificate of the warden or other appropriate officer of the institution in which you are confined as to the amount of money or securities currently on deposit in your inmate trust fund account (or institutional equivalent).

(Rev. 4/15/02)                                        2

```
= INMATE BANKING ======= INMATE BANKING HISTORY ========== 07/02/2008 = Page  1

Account: 128687 NUNEZ, JOE                              FOUR MILE   FMCC/UNITB
     To:From Dates   01/02/2008: 07/02/2008
================================================================================
 Trans Date      Description        Deposits  Withdrawls     Balance      Loc
 ----------  --------------------   --------  ----------   -----------    ---
 01/02/2008 BALANCE AS OF 01/02/2008                            0.11
 01/07/2008 1 STUDENT                  9.27                     9.38 FC
 01/15/2008 Canteen Order #5623204               3.66           5.72 FC
 01/22/2008 Canteen Order #5636530               3.57           2.15 FC
 01/30/2008 XEROX-DEBIT                          2.00           0.15 FC
 01/30/2008 POSTAGE-DEBIT                        4.65          -4.50 FC
 01/31/2008 RESTITUTION-05CR9                    1.85          -6.35 FC
 02/05/2008 1 STUDENT                  6.08                    -0.27 FC
 02/05/2008 1 LEE UNASSIGNED           1.61                     1.34 FC
 02/25/2008 KEY/LOCK DEBIT                      20.00         -18.66 FC
 02/29/2008 RESTITUTION-05CR9                    1.54         -20.20 FC
 03/07/2008 1 LEE UNASSIGNED           4.83                   -15.37 FC
 04/07/2008 1 UTILITY WORKER I         8.40                    -6.97 FC
 04/07/2008 1 SABO UNASSIGNED          1.61                    -5.36 FC
 04/08/2008 Canteen Order #5792896               2.18          -7.54 FC
 04/11/2008 PHOTOS - DEBIT                       1.75          -9.29 FC
 04/15/2008 Canteen Order #5812611               1.30         -10.59 FC
 04/26/2008 MEDICAL SELFDEMER                   10.00         -20.59 FC
 04/30/2008 RESTITUTION-05CR9                    2.00         -22.59 FC
 05/06/2008 1 UTILITY WORKER I        13.20                    -9.39 FC
 05/23/2008 Canteen Order #5900229               3.66         -13.05 FC
 05/30/2008 RESTITUTION-05CR9                    2.64         -15.69 FC
 06/06/2008 1 STUDENT                  7.80                    -7.89 FC
 06/06/2008 1 UTILITY WORKER I         5.40                    -2.49 FC
 06/10/2008 Canteen Order #5931211               0.66          -3.15 FC
 06/17/2008 Canteen Order #5947143               3.49          -6.64 FC
 06/30/2008 RESTITUTION-05CR9                    2.64          -9.28 FC
 07/02/2008 BALANCE AS OF 07/02/2008                           -9.28
================================================================================
                       Total money order in hold:        0.00
                       Current balance as of 07/02/2008:     -9.28
                       **Reserved/Encumbered Monies:        0.00
                       Available money as of 07/02/2008:     0.11
```

CERTIFICATE OF SERVICE:

I hereby certify that the foregoing Petition for Habeas Corpus and Motion to proceed In Forma Pauperis was mailed to the respondent's counsel at 1525 Sherman St., 5th. Floor, Denver, Colo. 80203 on  7-30-08     2008

*Joe Nunez*
Joe Nunez #128687