IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

Civil Action No. **'08 - CV - 01732**

(To be supplied by the court)

AUG 1 4 2008

GREGORY C. LANGHAM
CLERK

_____ JOE NUNEZ _____, Applicant,

v.

_____ FMCC WARDEN RON LEYBA _____, Respondent,
(Name of warden, superintendent, jailer, or other custodian)

and   JOHN W. SUTHERS

The Attorney General
of the State of:   COLORADO _____, Additional Respondent.

(Note: If you are attacking a judgment that imposed a sentence to be served in the future, you must fill in the name of the state where the judgment was entered. If you have a sentence to be served in the future pursuant to the judgment of a federal court, you should file a motion pursuant to 28 U.S.C. § 2255 in the federal court that entered the judgment.)

**APPLICATION FOR A WRIT OF HABEAS CORPUS
PURSUANT TO 28 U.S.C. § 2254**

RECEIVED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

AUG -1 2008

GREGORY C. LANGHAM
CLERK

**A. CONVICTION UNDER ATTACK**

1. Name and location of the court that entered the judgment of conviction you are attacking:

   BENT COUNTY DISTRICT COURT,
   725 Bent Ave. Las animas, Co. 81054

2. Date the judgment of conviction was entered:

   September 26, 2005

(Rev. 3/27/08)

3. Case number: _O5-CR-9_

4. Describe the type and length of sentence imposed: 16 YEARS PRISON PLUS 5 years parole

5. Are you serving a sentence that was imposed for a conviction other than the conviction you are attacking in this application?   ___ Yes  X No  (CHECK ONE)

6. Nature of the offenses with which you were charged: (all counts)   POSSESSION OF 5 OUNCES OF MARIJUANA: 3 GUNS: ONE DIGITAL SCALE AND 7!Seven and a half grams of ~~cocaine~~ cocaine

7. On which counts were you convicted?   POSSESSION OF 25 to 450 grams of cocaine

8. What was your plea?   GUILTY

9. If you pled guilty pursuant to a plea bargain, describe the terms and conditions of the plea:   PETITIONER ASSERTS HE UNDERSTOOD TO RECEIVE 4 YEARS IN PRISON OR POSSIBLY PROBATION IN EXCHANGE FOR HIS PLEA

10. Kind of trial:   ___ Jury  X Judge only  (CHECK ONE)

11. Did you testify at trial?   ___ Yes  X No  (CHECK ONE)

## B. DIRECT APPEAL

1. Did you file a direct appeal?   X Yes ___ No  (CHECK ONE)

2. Name and location of court in which the direct appeal was filed:   COLORADO COURT OF APPEALS, 2 East 14Th. Ave., Denver;0Co. 80203

(Rev. 3/27/08)                2

3. Date and result of direct appeal (attach a copy of the decision if available): JUDGMENT AFFIRMED ON Aug. 17, 2007

4. Did you seek review in the state's highest court on direct appeal? ☒ Yes ☐ No (CHECK ONE)

5. Date and result of review in state's highest court (attach a copy of the decision if available): CERTIORARI DENIED ON Aug. 13, 2007

6. List the claims raised on direct appeal: "WHETHER MR. NUNEZ GUILTY PLEA WAS THE RESULT OF KNOWING, VOLUNTARY OR INTELLIGENT DECISION?"

7. Were all claims raised on direct appeal presented to the state's highest court? ☐ Yes ☒ No (CHECK ONE)

8. If you did not file a direct appeal or if you did not present all of your claims to the state's highest court, explain why: (Petitioner presented two other claims to the State highest's court in a petition for Writ of Mandamus)

## C. POSTCONVICTION PROCEEDINGS

1. Other than a direct appeal, have you initiated any postconviction proceedings with respect to the judgment under attack in any state or federal court? ☒ Yes ☐ No (CHECK ONE)

(Rev. 3/27/08)                              3

2. If you answered "Yes" to question 1., give the following information for each postconviction proceeding. If you have initiated more than one postconviction proceeding, use extra paper to list each proceeding using the format below.

A. Name and location of court: Bent county District court, 725 Bent Ave. Las Animas, Colo. 81054

B. Type of proceeding: 35 (C)

C. Date filed: June 25, 2007

D. List the claims raised: Petitioner claimed that there exists evidence of material facts not previously presented requiring evidentiary hearing or requiring vacation of conviction and sentence in the interest of justice

E. Date and result (attach a copy of the decision if available): Post-conviction denied on Oct. 29, 2007

F. Did you appeal? ___ Yes ✗ No (CHECK ONE)

G. Date and result on appeal (attach a copy of the decision if available):

H. Did you appeal to the state's highest court? ✗ Yes ___ No (CHECK ONE)

I. Date and result of appeal to highest state court (attach a copy of the decision if available): Petitioner filed Petition For Writ Of Mandamus that was denied without participation of Justice M. Mullarkey on 6-11-08

(Rev. 3/27/08)                                    4

## D. CLAIMS

CAUTION: To proceed in federal court, you ordinarily must exhaust the remedies available to you in the state courts for each claim asserted in this action. If you fail to assert all your claims in this application, you may be barred from presenting additional claims at a later date. State concisely every claim that you wish to assert in this action. For each claim, specify the right that allegedly has been violated and state all supporting facts that you consider important. You do not need to cite specific cases to support your claim(s). If you need additional space to describe any claim or to assert additional claims, use extra paper to continue the claim or to assert the additional claims. Identify clearly any additional pages that you attach to this form.

1. Have you fairly presented to the state's highest court each of the claims asserted in this action?   X Yes __ No  (CHECK ONE)

2. If you answered "No" to question 1., list the claims that have not been fairly presented to the state's highest court and explain why:

3. Claim One: DUE PROCESS VIOLATION.

   A. Supporting facts: Record in this matter shows that petitioner's guilty plea was the result of undue influence and must be deemed illegal as not being due process of the law within the meaning of the Fourteenth Amendment of the united States Constitution.

   B. If this claim was not raised on direct appeal or in one of the state postconviction proceedings already described above, explain how you have exhausted state court remedies for this claim:

4. Claim Two: <u>Ineffective Legal Assistance.</u>

    A. Supporting Facts: In this case petitioner's counsel (s) failed to subject prosecution's case to meaningful adversary testing and failed reasonable or competent skills as guaranteed by the sixth Amendment of the united States Constitution.

    B. If this claim was not raised on direct appeal or in one of the state postconviction proceedings already described above, explain how you have exhausted state court remedies for this claim:

5. Claim Three: <u>Abuse Of Judicial Process.</u>

    A. Supporting facts: Petitioner asserts that the plea-bargaining proceeding was distorted as to constitute abuse of Judicial Process and due to the nature of this claim respectfully submits his Petition for Writ Of Mandamus as evidence in support.

    B. If this claim was not raised on direct appeal or in one of the state postconviction proceedings already described above, explain how you have exhausted state court remedies for this claim: By submitting the attached Petition For Writ Of Mandamus.

## E. PRIOR APPLICATIONS

1. Other than the instant action, have you filed any action in federal court challenging the conviction under attack in this action?  __ Yes ☒ No  (CHECK ONE)

2. If you answered "Yes" to question 1., give the following information for each prior federal court action challenging the conviction under attack in this action.

    A.  Name and location of court:  __N/A_____

    B.  Case number:  _____

    C.  Type of proceeding:  _____

    D.  List the claims raised:  _____

    E.  Date and result (attach a copy of the decision if available):  _____

3. If the instant application is a second or successive application, have you obtained authorization from the United States Court of Appeals for the Tenth Circuit for this court to consider the application?   N/A  __ Yes __ No  (CHECK ONE)

## F. TIMELINESS OF APPLICATION

If the judgment of conviction under attack in this action became final more than one year ago, explain why the application is not barred by the one-year limitation period in 28 U.S.C. § 2244(d). Attach additional pages, if necessary.

(Rev. 3/27/08)                                      7

## G. OTHER CONVICTIONS

1.  Do you have any concurrent or future sentence(s) to be served after you complete the sentence imposed as a result of the conviction under attack?

    ___ Yes  X No  (CHECK ONE)

2.  If you answered "Yes" to question 1., give the following information for each sentence:

    A.  Name and location of the court:  N/A

    B.  Case number:

    C.  Type and length of sentence:

## H. LEGAL REPRESENTATION

1.  List the names and address, if known, of each attorney who has represented you in proceedings regarding the conviction under attack:

    A.  Preliminary hearing:  Karen Verhoeff

    B.  Arraignment and plea:  Karen Verhoeff

    C.  Trial  NONE

    D.  Sentencing:  Karen Verhoeff

    E.  Appeal:  Leslie A. Goldstain

    F.  Postconviction proceedings:  PRO SE

    G.  Appeal from any adverse ruling in postconviction proceedings:  NONE

(Rev. 3/27/08)                    8

## H. REQUEST FOR RELIEF

I request the following relief: Petitioner pleads for a Court's Order directing the sentencing court for re-sentencing him in accord with four-year plea agreement he understood and/or for any other specific directions as the Honorable Court deems proper in the interest of justice.

## DECLARATION UNDER PENALTY OF PERJURY

I declare under penalty of perjury that I am the applicant in this action, that I have read this application, and that the information in this application is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed on  7-28-08
                   (Date)

_____
(Applicant's Original Signature)

Applicant's prisoner identification number and complete mailing address: Joe Nunez #128687

FMCC, P.O. Box 200, Canon City, Colorado 81215

(Rev. 4/15/02)                                              9