IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-01732-BNB

JOE NUNEZ,

Applicant,

v.

FMCC WARDEN RON LEYBA, and
JOHN SUTHERS, Attorney General of the State of Colorado,

Respondents.

## ORDER DIRECTING APPLICANT TO FILE AMENDED APPLICATION

Applicant, Joe Nunez, is a prisoner in the custody of the Colorado Department of Corrections at the Four Mile Correctional Center at Cañon City, Colorado. Mr. Nunez initiated this action by filing *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. The court must construe the application liberally because Mr. Nunez is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Mr. Nunez will be ordered to file an amended application.

The court has reviewed the habeas corpus application and finds that the application is deficient because Mr. Nunez fails to assert specific facts in support of the claims he is raising to demonstrate that his federal constitutional rights have been violated. Instead, Mr. Nunez makes only conclusory allegations that his rights have been violated.

Rule 4 of the Rules Governing Section 2254 Cases in the United States District Courts requires that Mr. Nunez go beyond notice pleading. *See Blackledge v. Allison*, 431 U.S. 63, 75 n.7 (1977). He must allege specific facts to support each asserted claim. Naked allegations of constitutional violations are not cognizable under 28 U.S.C. § 2254. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Therefore, Mr. Nunez will be ordered to file an amended application in which he provides specific facts in support of each claim being raised. Accordingly, it is

ORDERED that Mr. Nunez file **within thirty (30) days from the date of this order** an amended habeas corpus application that complies with this order. It is

FURTHER ORDERED that the clerk of the court mail to Mr. Nunez, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254. It is

FURTHER ORDERED that if Mr. Nunez fails within the time allowed to file an amended application that complies with this order as directed, the application will be denied and the action will be dismissed without further notice.

DATED at Denver, Colorado, this 18th day of August, 2008.

BY THE COURT:

s/ Craig B. Shaffer
Craig B. Shaffer
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01732-BNB

Joe Nunez
Prisoner No. 128687
Four Mile Corr. Center
PO Box 200
Cañon City, CO 81215- 0200

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2254 form** to the above-named individuals on 8/19/08

GREGORY C. LANGHAM, CLERK

By: _____
           Deputy Clerk