IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Christine M. Arguello**

Civil Action No. 08-cv-01732-CMA-CBS

JOE NUNEZ,

    Applicant,

v.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

**ORDER ADOPTING AND AFFIRMING APRIL 15, 2009 RECOMMENDATION
OF UNITED STATES MAGISTRATE JUDGE**

---

This matter is before the Court on Plaintiff's Application for a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (Doc. # 6), filed September 9, 2008. The application was referred to Magistrate Judge Craig B. Shaffer for a Recommendation by Order of Reference dated January 30, 2009. Magistrate Judge Shaffer issued a Recommendation on April 15, 2009 that the above-referenced application be denied. (Recommendation at 9.) The Recommendation is incorporated herein by reference. *See* 28 U.S.C. § 636(b)(1)(B), Fed.R.Civ.P. 72(b).

There have been no objections to the Magistrate Judge's Recommendation filed by either party.

> "In the absence of timely objection, the district court may review a magistrate. . . [judge's] report under any standard it deems appropriate." *Summers v. Utah,* 927 F.2d 1165, 1167 (10th Cir. 1991) (citing *Thomas v. Arn,* 474 U.S. 140, 150

> (1985) (stating that "[i]t does not appear that Congress intended to require district court review of a magistrate's factual or legal conclusions, under a de novo or any other standard, when neither party objects to those findings").

Applying this standard, I am satisfied that the Recommendation of Magistrate Judge Shaffer is sound and that there is no clear error on the face of the record. *See* Fed.R.Civ.P. 72(a). I agree that the above-referenced application for a writ of *habeas corpus* should be denied. Accordingly, it is hereby

ORDERED that the Recommendation of United States Magistrate Judge Craig B. Shaffer (Doc. # 24), filed April 15, 2009, is AFFIRMED and ADOPTED.

In accordance therewith, it is

FURTHER ORDERED that Plaintiff's Application for a Writ of *Habeas Corpus* Pursuant to 28 U.S.C. § 2254 (Doc. # 6), filed September 9, 2008 is DENIED. It is

FURTHER ORDERED that this civil action is DISMISSED WITH PREJUDICE.

DATED:  May   18  , 2009

BY THE COURT:

_____
CHRISTINE M. ARGUELLO
United States District Judge