FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

APR 0 5 2010

GREGORY C. LANGHAM
CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Christine M. Arguello

Civil Action No. 08-cv-01732-CMA-CBS

JOE NUNEZ,

    Applicant,

vs.

PEOPLE OF THE STATE OF COLORADO, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

    Respondents.

---

## ORDER RETURNING STATE COURT RECORD

---

Upon careful examination of the record, it appears that the disposition of the above-captioned case is now final. It is, therefore

ORDERED that the Clerk shall return the State Court Record.

DATED at Denver, Colorado, this __5th__ day of April, 2010.

                      BY THE COURT:

                      _____
                      CHRISTINE M. ARGUELLO
                      United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No. 08-cv-01732 CMA-CBS

Bent County District Court
Bent County Courthouse
725 Bent Ave.
Las Animas, CO 81054

Joe Nunez
# 128687
Sterling Correctional Facility (SCF)
P.O. Box 6000
Sterling, CO 80751

Susan Eileen Friedman - Colorado Attorney General's Office - Department of Law
**DELIVERED ELECTRONICALLY**

    I hereby certify that I have mailed a copy of the **ORDER RETURNING STATE COURT RECORD** to the above-named individuals on 4/5/10.

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk